

# Missouri Court of Appeals
## Southern District

**JUNE 2, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33358

        Re:     JAMES HARRIS, JR.,
                Appellant,
                vs.
                STATE OF MISSOURI,
                Respondent.